No. 8,234.   A. E. CRAMER, PLAINTIFF, *v.* MONTANA STATE BOARD OF FOOD DISTRIBUTORS ET AL., DEFENDANTS.

Decided June 16, 1941.

PER CURIAM.—Petition of plaintiff praying that a writ of injunction issue herein restraining defendants State Board of Food Distributors and its members from administering Chapter 49, Laws of 1939, on the ground that said Act is unconstitutional on several grounds, is denied, no reason being disclosed justifying this court in accepting original jurisdiction.

*Messrs. Stanley E. Foot* and *T. J. Collins,* for Plaintiff.